# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-1096
_____

DEAN E. KNELLER,

Appellant,

v.

PAUL JOHNSON and Wife, GAIL
JOHNSON,

Appellees.

_____

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

September 30, 2021

PER CURIAM.

AFFIRMED.

B.L. THOMAS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kerry Adkison, Chipley, for Appellant.

Jerry L. Rumph, Jr., and Jennifer L. Sweeting of Sweeting & Rumph, P.A., Tallahassee, for Appellees.